Fred W. Maikranz, appellee, v. Mohawk Electric Corporation et al., appellants. Gen. No. 34,154.

Opinion filed May 26, 1930.

Pritzker & Pritzker, for appellants; Harry N. Pritzker and Reuben L. Freeman, of counsel. John B. King, Leo. G. Hana and Charles E. Jack, for appellee; Irving G. Zazove, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Mr. W. B. Montgomery and Mrs. W. B. Montgomery, defendants in error, v. Dr. Charles Bramwell, plaintiff in error. Gen. No. 34,176.

Opinion filed May 26, 1930. Rehearing denied June 9, 1930.

Rubenstein & Becker, for plaintiff in error. Paul E. Keller and Ammon L. Miller, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.

John Tomaszkiewicz, a minor, by Anna Bartko, his mother and next friend, appellee, v. City of Chicago, appellant. Gen. No. 34,088.

Opinion filed May 26, 1930.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Samuel L. Golan, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Murphy O. Tate, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.